UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE LUIS SILVA FAVELA,<br><br>　　　　　　Defendant. | NO. CR-12-8-EFS<br><br>**ORDER GRANTING THE JOINT MOTION TO DISMISS THE INDICTMENT, AND CLOSING FILE** |

In Cause No. CR-12-33-EFS, the U.S. Attorneys' Office's (USAO) and Defendant Jose Luis Silva Favela entered into a plea agreement in which in paragraph 8 the USAO agreed to dismiss the Indictment in this criminal case.  ECF No. 35.  The  Court construed paragraph 8 of the plea agreement in Cause No. CR-12-33-EFS as a Motion to Dismiss the Indictment in this criminal case and set the motion for hearing on the date of sentencing in Cause No. CR-12-33-EFS.  *Id*.

At the October 15, 2012 sentencing hearing in Cause No. CR-12-33-EFS, the USAO asked the Court to grant the construed Motion to Dismiss the Indictment.  ECF No. 41.  Consistent with the parties' agreement, **IT IS HEREBY ORDERED**:

1.  The Indictment, ECF No. 11, in this criminal case is **DISMISSED** with prejudice.

2.  All deadlines and hearings are **STRICKEN**.

ORDER ~ 1

3. This file shall be **CLOSED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide copies to all counsel.

**DATED** this ___19th___ day of October 2012.

                         S/ Edward F. Shea
                           EDWARD F. SHEA
           Senior United States District Judge

Q:\EFS\Criminal\2012\8.dismiss.lc1.wpd

ORDER ~ 2